· ☐ **ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 12 2015

James N. Hatten, Clerk
By: Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    *v.*

BRYANT TERRANCE COOPER,
A/K/A BRYAN COOPER

Criminal Indictment

No. **2 15-CR-017**

THE GRAND JURY CHARGES THAT:

On or about January 25, 2014, in the Northern District of Georgia, the defendant, BRYANT TERRANCE COOPER, also known as BRYAN COOPER, did knowingly use, persuade, induce, entice and coerce any minor to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, using materials, that is, an HTC cellular telephone, that had been mailed, shipped, and

transported in and affecting interstate and foreign commerce by any means, in

violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

A _____ *True* _____ BILL

_____ *Carolyn Hargrove* _____
FOREPERSON

JOHN A. HORN
  *Acting United States Attorney*

PAUL R. JONES
  *Assistant United States Attorney*
Georgia Bar No. 402617

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181