IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO.<br>1:15-CR-00223-LMM-LTW |
| BRYANT TERRANCE COOPER, | |
| Defendant. | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [49], which recommends Defendant's Motion to Suppress Statements [20] be granted and Defendant's Motion to Suppress Evidence [21] be denied. No objections have been filed in response to the Magistrate's Report and Recommendation. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant's Motion to Suppress Statements [20] is **GRANTED** and Defendant's Motion to Suppress Evidence [21] is **DENIED**.

The trial in this action is hereby set to begin on Monday, January 23, 2017 at 9:30 AM in Courtroom 2107. The pretrial conference will be held on Wednesday, January 18, 2017, at 9:00 AM in Courtroom 2107. By noon on

Tuesday, January 3, 2017, the parties are to file the following: motions *in limine* and proposed *voir dire* questions. By noon on Tuesday, January 3, 2017, the Government must file a brief summary of the indictment that the parties can rely on for *voir dire*. By noon on Tuesday, January 10, 2017, the parties are to file responses to motions *in limine* and any objections and to those items listed above.

Excludable time is allowed through January 23, 2017, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), to give counsel for Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial and are consistent with both the best interest of the public and individual justice in this matter.

**IT IS SO ORDERED** this 12th day of December, 2016.

*[signature]*
Leigh Martin May
**United States District Judge**