IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL DOCKET CASE #: 1:15-CR-223-LMM-LTW |
| BRYANT COOPER | |

**SENTENCING MEMORANDUM**

Comes now BRYANT COOPER, by and through undersigned counsel, and hereby submits this memorandum of the defense position as to sentencing. We are asking that the Court accept the terms of the binding plea to 15 years. Fifteen years is a very long time and will provide Mr. Cooper with the time needed to take advantage of the resources available to him through the Bureau of Prisons including treatment. Bryant Cooper is extremely oriented towards self betterment with an eye towards preparing himself for his eventual reentry into society. It is rare the eye that has seen the number of programs that he has participated in during his unusually long period of pretrial confinement. According to the presentence report, the sentence requested is within the Court's discretion and represents the considered resolution of the parties.

Dated:  This 11th day of August, 2017.

    Respectfully submitted,

    s/ *V. Natasha Perdew Silas*
    V. Natasha Perdew Silas
    State Bar No: 571970
    Attorney for Bryant Cooper

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Natasha_Silas@fd.org

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Sentencing Memorandum using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record upon:

>Paul Jones, Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Ted Turner Drive, S. W.
>Atlanta, Georgia  30303

Dated this 11th day of August, 2017.

>s/ *V. Natasha Perdew Silas*
>V. Natasha Perdew Silas
>State Bar No: 571970
>Attorney for Bryant Cooper